AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00313 |
| ZAID MOHAMMAD MAHDAWI | ) Assigned To : Judge Zia M. Faruqui |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) Assign. Date : 10/02/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 24, 2024__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Destruction of Government Property (Less Than $1,000) |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
*Complainant's signature*

▆▆▆▆▆▆ SA, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __10/02/2024__

*Judge's signature*

City and state: __Washington, DC__   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*