AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00313 |
| ZAID MOHAMMAD MAHDAWI. | ) Assigned To : Judge Zia M. Faruqui |
|  | ) Assign. Date : 10/02/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   ZAID MOHAMMAD MAHDAWI.,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 - Destruction of Government Property (Less Than $1,000)

Date: 10/02/2024

*Zia M. Faruqui* Digitally signed by Zia M. Faruqui
Date: 2024.10.02 13:03:09 -04'00'

Issuing officer's signature

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on (date) 10/02/24, and the person was arrested on (date) 10/04/24
at (city and state) HENRICO, VA

Date: 10/04/24

Arresting officer's signature

BRIAN HECK, SPECIAL AGENT, FBI
Printed name and title